- Exhibit A – National Do Not Call Registry Confirmation
- Exhibit B – All American Final Expense Call Logs
- Exhibit C – eSign App (InsuranceApplication.com)
- Exhibit D – Industrial Alliance / American Amicable Privacy Policy
- Exhibit E – Florida DFS Licensee Detail (American-Amicable Life Insurance Company of Texas)
- Exhibit F – Sunbiz Record (IA American Life Insurance Company)
- Exhibit G – Gregory Moise – Florida DFS License Detail
- Exhibit H – InsuranceApplication.com Screenshots (showing agent info and e-sign footprint)

Gmail

modern fam <modernfam2025@gmail.com>

# National Do Not Call Registry - Your Registration Is Confirmed

1 message

**Verify@donotcall.gov** <Verify@donotcall.gov> Tue, Jul 15, 2025 at 3:33 PM
To: modernfam2025@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1506 on August 17, 2023. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

| DATE | TIME | NUMBER | NOTES |
|---|---|---|---|
| 7/18/24 | 1:15 PM | 336-946-9267 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/18/24 | 3:07 PM | 252-680-4116 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/18/24 | 3:55 PM | 336-883-1555 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/19/24 | 11:45 AM | 336-946-6327 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/22/24 | 4:39 PM | 336-667-7087 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/23/24 | 3:24 PM | 252-350-6298 | Unauthorized automated solicitation for final expense - Do Not Call Request made |
| 7/24/24 | 3:20 PM | 252-544-9537 | Unauthorized automated solicitation for final expense - engaged to find out who was reponsible for call - spoke with maria - call was disconnected during transfer |
| 7/24/24 | 4:09 PM | 980-829-1649 | Unauthorized automated solicitation for final expense - Maria called back - call was disconnected again |
| 7/24/24 | 4:14 PM | 336-268-9175 | Unauthorized automated solicitation for final expense - Maria called back - call was disconnected again |
| 7/24/24 | 4:27 PM | 336-802-2010 | Unauthorized automated solicitation for final expense - Maria called back - transferred to Moise w/ american amicable - I was told I don't qualify so I gave the phone to my fiance Mahdiabdul Wilkerson, who provided the agent with pseudonym Michael Moore in order to receive proof of responsible party. Moise sent for application link to my phone - Documents confirm American Amicable Life Insurance Company of Texas. insuranceapplication.com. https://www.insuranceapplication.com/AppPage/index.html |

# Read through the app below before signing

**FINAL EXPENSE**
Senior Choice Immediate
**LIFE INSURANCE APPLICATION** (Please print in black ink)

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
P.O. BOX 2549, WACO, TX 76702-2549 • (254) 297-2777

M1976768

INTERVIEW NOT REQ

Proposed Insured Micheal (First) (Middle) Moore (Last)
Address (No. & Street) 14845 Hawksmoor Run Cir
City ORLANDO State FL Zip Code 32828

Telephone interview completed [ ] Yes [X] No
(336) 901-1506 (Phone) ____ (Best time to call) [ ] am [ ] pm
E-mail Address gifford3434@gmail.com

Name/Address Secondary Addressee (for notice of possible lapse due to nonpayment of premiums):
nA NA

| [X] Male [ ] Female | Date of Birth | Age | State of Birth | Social Security Number | Height | Weight |
|---|---|---|---|---|---|---|
| | 07/04/1959 | 65 | FL | 262981081 | 6'3 | 180 lbs |

Owner: Name ____ Relationship ____ SS# ____
Address

| Primary Beneficiary | Relationship | Contingent Beneficiary | Relationship |
|---|---|---|---|
| Antwan Moore | Brother | | |

Plan: ____ **Face Amount of Insurance $** 10000
[X] Immediate Death Benefit
[ ] Graded Death Benefit (Percentage of Face Amount)
[ ] Return of Premium Death Benefit

[X] Check here if you are willing to accept any plan for which you qualify based on this application. The insurance for which you qualify may have a graded or return of premium death benefit for the first two (2) or three (3) years, a face amount less than any indicated on this application, and riders may not be available.

During the past 12 months have you used tobacco in any form (excluding occasional pipe and cigar use)? [ ] Yes [X] No

Rider: [ ] Grandchild/Great Grandchild Coverage ____ Number of Children Applying ____ Units [ ] Other [ ] ____
[ ] Child Rider* [ ] Units [ ] ADB* Amt $ (*not available on Return of Premium Death Benefit)

Automatic Premium Loan Elected? [X] Yes [ ] No

Mode: [X] Bank Draft [ ] Draft 1st Prem on Req. Date
[X] Other [Bank MON] Modal Prem $ 59.75

CWA: [ ] E-Check Immediate 1st Prem
[ ] Collected $

Mail Policy To: [ ] Agent [ ] Insured [X] Owner
Requested Policy Date: 08/15/2024

A. Do you have existing life insurance or an annuity contract? [ ] Yes [X] No
B. Will you replace an existing life insurance policy or an annuity? [ ] Yes [X] No

Company
Policy # Amount of Coverage $

Physician Name: NA City/State: NA Phone: (000) 000-0000

## HEALTH INFORMATION

1. Are you currently hospitalized, confined to a nursing facility, a bed, or a wheelchair due to chronic illness or disease, currently using oxygen equipment to assist in breathing, receiving Hospice Care or home health care, or had an amputation caused by disease, or do you currently have any form of cancer diagnosed by a licensed medical professional (excluding basal cell skin cancer), or do you require assistance (from anyone) with activities of daily living such as bathing, dressing, eating or toileting? [ ] Yes [X] No
2. Have you had or been medically advised to have an organ transplant or kidney dialysis, or have you been diagnosed by a licensed medical professional as having congestive heart failure (CHF), Alzheimer's, dementia, mental incapacity, Lou Gehrig's disease (ALS), liver failure, respiratory failure, or any terminal illness or end-stage disease? .................... [ ] Yes [X] No
3. Have you tested positive for exposure to the HIV infection or been diagnosed as having ARC or AIDS caused by the HIV infection or other sickness or condition derived from such infection? .................... [ ] Yes [X] No

***If any answer to questions 1 through 3 is answered "Yes" the Proposed Insured is not eligible for any coverage.***

4. Have you been diagnosed or treated by a licensed medical professional for complications of diabetes, including insulin shock, diabetic coma, retinopathy (eye), nephropathy (kidney), neuropathy (nerve damage/pain), or used insulin prior to age 50?....... [ ] Yes [X] No
5. Have you been diagnosed or treated by a licensed medical professional or taken medication for renal insufficiency, kidney failure, chronic kidney disease, or more than one occurrence of cancer in your lifetime (excluding basal cell skin cancer)?...... [ ] Yes [X] No
6. Within the past 2 years have you had any diagnostic testing (excluding tests related to Human Immunodeficiency Virus (HIV)), surgery, or hospitalization advised by a licensed medical professional which has not been completed or for which the results have not been received? .................... [ ] Yes [X] No
7. Within the past 2 years have you:
   a. been diagnosed or treated by a licensed medical professional for angina (chest pain), stroke or TIA, cardiomyopathy, systemic lupus (SLE), cirrhosis, Hepatitis C, chronic hepatitis, chronic pancreatitis, chronic obstructive pulmonary disease (COPD), emphysema, chronic bronchitis, or required oxygen equipment to assist in breathing?.................... [ ] Yes [X] No
   b. been diagnosed or treated by a licensed medical professional for a heart attack or aneurysm or been advised to have any

# Privacy Policy for the Industrial Alliance Group - US Operations

## Personal Information

## Purpose of Information Collection

## Consent

## Limits to Collection, Use and Disclosure

## Retention

## Information Disclosure

## Accuracy

## Accountability

## Safeguards

## Request For Access to Information or Amendments

## Complaints and Concerns

# Licensee Detail

**License #:** *A068661*

**Full Name:** DILLON, ANNE

**Business Address:** 33408 COVENTRY DR
LEESBURG, FL
*347883615*

**Mailing Address:** 33408 COVENTRY DR
LEESBURG, FL
*347883615*

**Email:** ANNEDILLON@EMBARQMAIL.COM

**Phone:** (352) 787-4121

**County:** Lake

**NPN #:** 400052

## Continuing Education Statistics

**CE Due Date:** 1/31/2027

**Continuing Education Status:** In Progress

**Number of Hours Required:** 20

***Number of Hours Completed:*** 1

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 1/25/1991 | YES |

### Active Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS | 2/25/2022 | 1/31/2027 |

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF N CAROLINA | 2/25/2022 | 1/31/2027 |

**Invalid Licenses**

| Type | Issue Date | Status |
|---|---|---|
| LIFE (0216) | 1/25/1991 | INVALID |
| LIFE & HEALTH (0218) | 1/25/1991 | INVALID |

**Inactive Appointments**

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date | Sta Dat |
|---|---|---|---|
| COLUMBIAN LIFE INSURANCE COMPANY | 10/25/2022 | 1/31/2025 | 2/2 |

**LIFE (0216)**

| Company Name | Issue Date | Exp Date | Sta Dat |
|---|---|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY | 10/12/2001 | 1/31/2004 | 1/2 |
| SUPREME COUNCIL OF THE ROYAL ARCANUM | 9/11/2012 | 1/31/2015 | 3/1 |
| COLUMBIAN LIFE INSURANCE COMPANY | 12/17/2015 | 1/31/2022 | 2/1 |

**LIFE & HEALTH (0218)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY | 11/10/2004 | 1/31/2009 |
| AMERICAN NATIONAL INSURANCE COMPANY | 8/24/2016 | 1/31/2021 |
| LOYAL AMERICAN LIFE INSURANCE COMPANY | 5/20/2017 | 1/31/2022 |
| AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY | 2/21/2002 | 1/31/2009 |
| CONTINENTAL GENERAL INSURANCE COMPANY | 3/11/1991 | 1/31/2000 |
| FAMILY LIFE INSURANCE COMPANY | 1/30/1995 | 1/31/2004 |
| INVESTORS LIFE INSURANCE COMPANY OF NORTH AMERICA | 2/18/1991 | 1/31/1997 |
| INVESTORS LIFE | 10/12/2001 | 1/31/2004 |

| | | | |
|---|---|---|---|
| INSURANCE COMPANY OF NORTH AMERICA | | | |
| UNITED AMERICAN INSURANCE COMPANY | 9/13/2000 | 1/31/2003 | - |
| CONTINENTAL LIFE INS. CO. OF BRENTWOOD, TENNESSEE | 8/9/1999 | 1/31/2002 | ( |
| SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA | 8/20/1999 | 1/31/2002 | - |
| INTER-STATE ASSURANCE COMPANY | 6/20/2000 | 1/31/2003 | - |
| ASSURITY LIFE INSURANCE COMPANY | 7/2/2004 | 1/31/2007 | - |
| OCCIDENTAL LIFE INSURANCE COMPANY OF N CAROLINA | 1/26/2010 | 1/31/2022 | - |
| FEDERAL LIFE INSURANCE COMPANY | 2/1/2010 | 1/31/2013 | ( |
| LIBERTY BANKERS LIFE INSURANCE COMPANY | 2/19/2010 | 1/31/2013 | - |

| | | | |
|---|---|---|---|
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS | 1/26/2010 | 1/31/2022 | - |

**HEALTH (0240)**

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| UNIVERSAL HEALTH CARE, INC. | 9/9/2011 | 1/31/2020 | 4/1/201 |

FLORIDA DEPARTMENT of STATE    DIVISION OF CORPORATIONS

DIVISION of CORPORATIONS
an official State of Florida website

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
IA AMERICAN LIFE INSURANCE COMPANY

## Filing Information

| | |
|---|---|
| **Document Number** | 849616 |
| **FEI/EIN Number** | 13-3036472 |
| **Date Filed** | 07/02/1981 |
| **State** | GA |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 12/10/2014 |

## Principal Address

425 AUSTIN AVENUE
WACO, TX 76701

*Changed: 12/10/2014*

## Mailing Address

PO BOX 2549
WACO, TX 76702

Changed: 12/10/2014

## Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
PO BOX 6200 (32314-6200)
200 E GAINES ST
TALLAHASSEE, FL 32399

Name Changed: 04/21/2015

Address Changed: 04/21/2015

## Officer/Director Detail

**Name & Address**

Title Director

O'BRIEN , SEAN L, MR.
425 AUSTIN AVE
WACO, TX 76701

Title Vice President Chief US Counsel

Norwood, Maryann
425 Austin Avenue
Waco, TX 76701

Title CFO

SCHAFFER, DARLA A, MS.
425 AUSTIN AVENUE
WACO, TX 76701

Title President

DUNLAP, JOE W, MR.
425 AUSTIN AVENUE
WACO, TX 76701

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 03/15/2023 |
| 2024 | 04/30/2024 |
| 2025 | 02/13/2025 |

**Document Images**

| | |
|---|---|
| 02/13/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2015 -- ANNUAL REPORT | View image in PDF format |
| 12/10/2014 -- REINSTATEMENT | View image in PDF format |
| 03/25/2013 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 05/02/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2009 -- ANNUAL REPORT | View image in PDF format |
| 09/30/2008 -- Name Change | View image in PDF format |
| 04/17/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/09/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/14/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2003 -- ANNUAL REPORT | View image in PDF format |
| 11/13/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2000 -- ANNUAL REPORT | View image in PDF format |
| 01/23/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/21/1998 -- ANNUAL REPORT | View image in PDF format |
| 01/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 01/24/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/19/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations

# Licensee Detail

| | | | |
|---|---|---|---|
| **License #:** | G021539 | **Full Name:** | MOISE, GREGORY |
| **Business Address:** | 1810 SW 81ST AVE 2103 NORTH LAUDERDALE, FL 33068 | **Mailing Address:** | 1810 SW 81ST AVE 2103 NORTH LAUDERDALE, FL 33068 |
| **Email:** | GREGORY.MOISE@GMAIL.COM | **Phone:** | (954) 756-2454 |
| **County:** | Broward | **NPN #:** | 20786270 |

## Continuing Education Statistics

| | |
|---|---|
| **CE Due Date:** | 9/30/2025 |
| **Continuing Education Status:** | Compliant |
| **Number of Hours Required:** | 24 |
| **Number of Hours Completed:** | 24 |

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 7/17/2023 | YES |

### Active Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| TIER ONE INSURANCE COMPANY | 10/3/2024 | 9/30/2027 |
| ROYAL | 9/25/2023 | 9/30/2027 |

| | | |
|---|---|---|
| NEIGHBORS OF AMERICA | | |
| LIBERTY BANKERS LIFE INSURANCE COMPANY | 9/26/2023 | 9/30/2027 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | 9/27/2023 | 9/30/2027 |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS | 6/6/2024 | 9/30/2026 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 4/25/2024 | 9/30/2026 |

**LIFE (0216)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| ACCENDO INSURANCE COMPANY | 9/26/2023 | 9/30/2027 |
| SAVINGS BANK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS (THE) | 6/12/2024 | 9/30/2026 |
| CICA LIFE INSURANCE COMPANY OF AMERICA | 6/26/2024 | 9/30/2026 |

**LIFE & HEALTH (0218)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | 10/2/2024 | 9/30/2027 |

**HEALTH (0240)**

| Company Name | Issue Date | Exp Dat |
|---|---|---|
| AETNA HEALTH INC. | 6/15/2025 | 9/30/202 |
| OSCAR INSURANCE COMPANY OF FLORIDA | 5/19/2025 | 9/30/202 |
| UNITEDHEALTHCARE OF FLORIDA, INC. | 8/19/2025 | 9/30/202 |
| MOLINA HEALTHCARE OF FLORIDA, INC. | 4/29/2024 | 9/30/202 |

**Invalid Licenses**

*No invalid licenses found.*

**Inactive Appointments**

***LIFE INCL VARIABLE ANNUITY (0214)***

| Company Name | Issue Date | Exp Date | Statu Date |
|---|---|---|---|
| S.USA LIFE INSURANCE COMPANY, INC. | 9/22/2023 | 9/30/2025 | 3/27/ |

**HEALTH (0240)**

| Company Name | Issue Date | Exp Dat |
|---|---|---|
| CELTIC INSURANCE COMPANY | 9/19/2023 | 9/30/202 |
| SUNSHINE STATE HEALTH PLAN, INC. | 9/19/2023 | 9/30/202 |
| UNITEDHEALTHCARE OF FLORIDA, INC. | 7/7/2024 | 9/30/202 |

5:45

insuranceapplication.com

12

# Read through the app below before signing

M1976768

**CHILD, GRANDCHILD, AND GREAT GRANDCHILD COVERAGE** - Children Proposed for Insurance (list additional children on a separate sheet)

| Proposed Insured Name | Sex | Birthdate | Relationship | Proposed Insured Name | Sex | Birthdate | Relationship |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**I certify that I have legal guardianship for any children proposed for life insurance.**

SIGNATURE: ______________________ DATE: __________

**PROPOSED CHILDREN'S HEALTH STATEMENT**—To the best of my knowledge and belief, none of the children listed above for coverage have been treated for, or diagnosed by a licensed medical professional that they have or had any of the following medical conditions: Hypertension, heart or circulatory disorder, malignancy in any form, diabetes, sickle cell anemia, seizures, Down Syndrome, cystic fibrosis, cerebral palsy, hydrocephalus, paralysis, or hospitalized for asthma or any respiratory disorder in past 12 months. List the names of children that are exceptions to PROPOSED CHILDREN'S HEALTH STATEMENT. ***Children listed as an exception are excluded from the appropriate Child Rider Coverage.*** Exceptions are: __________

**AGREEMENT**—I agree with American-Amicable Life Insurance Company of Texas (the Company) as follows: (1) To the best of my knowledge and belief, all answers and statements contained in this application are true, complete and correctly recorded, and (2) This application and any policy issued on the basis of such application shall form the entire contract, and (3) No change in this contract shall be effected without my written consent with regard to: (a) the amount of insurance; (b) age at issue; (c) classification of risk; (d) plan of insurance; or (e) benefits. If this application is declined by the Company, I will accept the return of any premium paid.

**AUTHORIZATION**—In order to properly classify my application for life insurance, I authorize any and all physicians, medical practitioners, hospitals, clinics, medical or medically related facilities, health plans, pharmacy benefit managers, pharmacies or pharmacy-related facilities; insurance companies and their business associates and those persons or entities providing services to the insurer's business associates which are related in any way to their insurance plans; the MIB, Inc. or other organization that has knowledge or records of me and my health to give such information to: (a) American-Amicable Life Insurance Company of Texas; and (b) its reinsurers. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information. I understand that I may revoke this authorization in writing at any time, except to the extent that action has been taken in reliance on this authorization or the insurance company exercises a legal right to contest a claim or the policy itself. I may revoke the authorization by sending a written revocation to the Company address of 425 Austin Ave., Waco TX 76701. I understand that if I refuse to sign this authorization to release my complete medical records, my application for insurance with the Company will be rejected.

All said sources, except the MIB, Inc., are authorized to give records or knowledge such as statements regarding hobbies, employment, criminal records or medical history that might be required to determine eligibility for insurance to any agency employed by the Company to collect and transmit data. I authorize American-Amicable Life Insurance Company of Texas to disclose any personal data gathered while processing this application. This data may be released to the following: (a) reinsuring companies; (b) the MIB, Inc.; (c) other persons or groups performing services in connection with this application; or (d) any others to whom it may be lawfully required or authorized. This authorization shall remain valid for two years from this date. A copy of this authorization shall be as valid as the original.

**Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.**

~~I acknowledge receiving the Fair Credit Reporting Act Notice, the MIB Inc. Pre-Notice and the Terminal Illness Accelerated Benefit Rider Disclosure Form~~

Signed at Orlando FL Date of Application 7/24/2024 3:44:55 PM

**AGENT'S REPORT**

Does the proposed insured have any existing life insurance or annuity contract? ☐ Yes ☒ No

Is the proposed insurance intended to replace or change any existing life insurance or annuity? ☐ Yes ☒ No

*I certify that I have personally asked each question on this application to the proposed insured(s). I have truly and completely recorded on the application the information supplied by him/her, and I witnessed their signature.*

I certify that the Terminal Illness Accelerated Benefit Rider Disclosure Form has been presented to the applicant.

AGENT'S REMARKS ______________________

GREGORY MOISE 7/24/2024 3:44:55 PM

Agent GREGORY MOISE (e-signed) 7/24/2024 3:44:55 PM Agent Printed Name GREGORY MOISE % 1098677

Agent ______________ Agent Printed Name ______________ % ____

**PREAUTHORIZATION CHECK PLAN - AUTHORIZATION TO HONOR CHARGE DRAWN**

Insured ______________ Account Holder ______________

Financial Institution Bank of America Address Orlando FL

Transit/ABA Number 063100277 Account Number 898138944538 ☒ Checking ☐ Savings Requested Draft Day (1st-28th) 2W

**ATTACH VOIDED CHECK OR DEPOSIT SLIP**

As a convenience to me, I hereby request and authorize you to pay and charge to my account amounts drawn on my account, whether by electronic or paper means, by and payable to the order of American-Amicable Life Insurance Company of Texas, for the purpose of paying premiums on life insurance policy provided there are sufficient funds in said account to pay the same upon presentation. I agree that your rights with respect to each such charge shall be the same as if it were signed personally by me. This authorization is to remain in effect until revoked by me in writing and until you actually receive such notice. I agree that you shall be fully protected in honoring any such check. I further agree that if any such check be dishonored, whether with or without cause, and whether intentionally or inadvertently, you shall be under no liability whatsoever even though such dishonor results in the forfeiture of insurance.

______________________ 7/24/2024 3:44:55 PM

Form No. AA9466-FL (Rev 1/15)

M1976768

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
P.O. BOX 2549, WACO, TX 76702-2549

**CONDITIONAL RECEIPT**

NO COVERAGE WILL BECOME EFFECTIVE PRIOR TO POLICY DELIVERY UNLESS AND UNTIL ALL CONDITIONS OF THIS RECEIPT ARE MET. NO AGENT HAS THE AUTHORITY TO ALTER THE TERMS OR CONDITIONS OF THIS RECEIPT.

ALL PREMIUM CHECKS MUST BE PAYABLE TO THE COMPANY
DO NOT MAKE CHECK PAYABLE TO THE AGENT OR LEAVE PAYEE BLANK

Received of Micheal Moore the sum of $ ______________ as first payment on this application.

Date 7/24/2024 3:44:55 PM Agent GREGORY MOISE (e-signed)

If (1) an amount equal to the first full premium is submitted, and if (2) all underwriting requirements, including any medical examinations required by the Company's rules, are completed, and (3) the proposed insured is, on the date of application, a risk acceptable for insurance exactly as applied for without modification of plan, premium rate, or amount under the Company's rules and practices, then insurance under the policy applied for shall become effective on the latest of (a) the date of application, or (b) the date of the latest medical exam required by the Company. THE AMOUNT OF LIFE INSURANCE, INCLUDING ANY AMOUNT IN FORCE OR BEING APPLIED FOR, WHICH MAY BECOME EFFECTIVE PRIOR TO THE DELIVERY OF THE POLICY SHALL IN NO EVENT EXCEED $30,000.00 (INCLUDING LIFE INSURANCE AND ACCIDENTAL DEATH BENEFITS).

If any of the above conditions are not met, the liability of the Company shall be limited to the return of any amount paid.

5:45

ısuranceapplication.com

# Read through the app below before signing

**FINAL EXPENSE**
Senior Choice Immediate
**LIFE INSURANCE APPLICATION** (Please print in black ink)

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
P.O. BOX 2549, WACO, TX 76702-2549 • (254) 297-2777

M1976768

INTERVIEW NOT REQ

Proposed Insured: Michael Moore

Address (No. & Street) 14845 Hawksmoor Run Cir

City ORLANDO State FL Zip Code 32828

Telephone interview completed: [ ] Yes [X] No

(336) 901-1506 [ ] am [ ] pm

E-mail Address g-ford3434@gmail.com

Name/Address Secondary Addressee (for notice of possible lapse due to nonpayment of premiums):
nA NA

| | Date of Birth | Age | State of Birth | Social Security Number | Height | Weight |
|---|---|---|---|---|---|---|
| [X] Male [ ] Female | 07/04/1959 | 65 | FL | 262981081 | 6'3 | 180 lbs |

Owner: Name ______ Relationship ______ SS# ______
Address

| Primary Beneficiary | Relationship | Contingent Beneficiary | Relationship |
|---|---|---|---|
| Antwan Moore | Brother | | |

Plan: ______ **Face Amount of Insurance $** 10000

[X] Immediate Death Benefit
[ ] Graded Death Benefit (Percentage of Face Amount)
[ ] Return of Premium Death Benefit

[X] Check here if you are willing to accept any plan for which you qualify based on this application. The insurance for which you qualify may have a graded or return of premium death benefit for the first two (2) or three (3) years, a face amount less than any indicated on this application, and riders may not be available.

During the past 12 months have you used tobacco in any form (excluding occasional pipe and cigar use)? [ ] Yes [X] No

Rider: [ ] Grandchild/Great Grandchild Coverage ____ Number of Children Applying ____ Units [ ] Other [ ] _
[ ] Child Rider* [ ] Units [ ] ADB* Amt $ (*not available on Return of Premium Death Benefit)

Automatic Premium Loan Elected? [X] Yes [ ] No

Mode: [X] Bank Draft [ ] Draft 1st Prem on Req. Date
[X] Other [Bank MON] Modal Prem $ 59.75

CWA: [ ] E-Check Immediate 1st Prem
[ ] Collected $

Mail Policy To: [ ] Agent [ ] Insured [X] Owner
Requested Policy Date: 08/15/2024

A. Do you have existing life insurance or an annuity contract? [ ] Yes [X] No
B. Will you replace an existing life insurance policy or an annuity? [ ] Yes [X] No

Company
Policy # Amount of Coverage $

Physician Name: NA City/State: NA Phone: (000) 000-0000

## HEALTH INFORMATION

1. Are you currently hospitalized, confined to a nursing facility, a bed, or a wheelchair due to chronic illness or disease, currently using oxygen equipment to assist in breathing, receiving Hospice Care or home health care, or had an amputation caused by disease, or do you currently have any form of cancer diagnosed by a licensed medical professional (excluding basal cell skin cancer), or do you require assistance (from anyone) with activities of daily living such as bathing, dressing, eating or toileting? [ ] Yes [X] No
2. Have you had or been medically advised to have an organ transplant or kidney dialysis, or have you been diagnosed by a licensed medical professional as having congestive heart failure (CHF), Alzheimer's, dementia, mental incapacity, Lou Gehrig's disease (ALS), liver failure, respiratory failure, or any terminal illness or end-stage disease? [ ] Yes [X] No
3. Have you tested positive for exposure to the HIV infection or been diagnosed as having ARC or AIDS caused by the HIV infection or other sickness or condition derived from such infection? [ ] Yes [X] No

***If any answer to questions 1 through 3 is answered "Yes" the Proposed Insured is not eligible for any coverage.***

4. Have you been diagnosed or treated by a licensed medical professional for complications of diabetes, including insulin shock, diabetic coma, retinopathy (eye), nephropathy (kidney), neuropathy (nerve damage/pain), or used insulin prior to age 50? [ ] Yes [X] No
5. Have you been diagnosed or treated by a licensed medical professional or taken medication for renal insufficiency, kidney failure, chronic kidney disease, or more than one occurrence of cancer in your lifetime (excluding basal cell skin cancer)? [ ] Yes [X] No
6. Within the past 2 years have you had any diagnostic testing (excluding tests related to Human Immunodeficiency Virus (HIV)), surgery, or hospitalization advised by a licensed medical professional which has not been completed or for which the results have not been received? [ ] Yes [X] No
7. Within the past 2 years have you:
   a. been diagnosed or treated by a licensed medical professional for angina (chest pain), stroke or TIA, cardiomyopathy, systemic lupus (SLE), cirrhosis, Hepatitis C, chronic hepatitis, chronic pancreatitis, chronic obstructive pulmonary disease (COPD), emphysema, chronic bronchitis, or required oxygen equipment to assist in breathing? [ ] Yes [X] No
   b. been diagnosed or treated by a licensed medical professional for a heart attack or aneurysm or been advised to have any type of heart, brain or circulatory surgery (including, but not limited to a pacemaker insertion, defibrillator placement), or any procedure to improve circulation? [ ] Yes [X] No
   c. been diagnosed by a licensed medical professional, or treated, or taken medication for any form of cancer (excluding basal cell skin cancer)? [ ] Yes [X] No
   d. used illegal drugs, had or been recommended by a licensed medical professional or licensed counselor to discontinue the use of alcohol or drugs or to have treatment or counseling for alcohol or drugs? [ ] Yes [X] No

***If any answer to questions 4 through 7 is answered "Yes" the Proposed Insured should apply for the Return of Premium Death Benefit Plan.***

8. Within the past 3 years have you been diagnosed or treated by a licensed medical professional, or hospitalized for:
   a. stroke, angina (chest pain), heart attack, aneurysm, heart or circulatory surgery or any procedure to improve circulation? [ ] Yes [X] No
   b. ~~or taken medication for any form of cancer (excluding basal cell skin cancer)~~ emphysema, chronic bronchitis, chronic obstructive pulmonary disease (COPD), ulcerative colitis, cirrhosis, Hepatitis C, or liver disease? [ ] Yes [X] No
   c. paralysis of two or more extremities or any neuro-muscular disease or disorder (including, but not limited to cerebral palsy, multiple sclerosis, seizures, or Parkinson's disease)? [ ] Yes [X] No

***If any answer to question 8 is answered "Yes" the Proposed Insured should apply for the Graded Death Benefit Plan.***

***If all questions 1 through 8 are answered "No" the Proposed Insured should apply for the Immediate Death Benefit Plan.***

Form No. AAH66-FL(Rev.1/15)

M1976768

**CHILD, GRANDCHILD, AND GREAT GRANDCHILD COVERAGE** - Children Proposed for Insurance (list additional children on a separate sheet)

| Proposed Insured Name | Sex | Birthdate | Relationship | Proposed Insured Name | Sex | Birthdate | Relationship |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**I certify that I have legal guardianship for any children proposed for life insurance.**
SIGNATURE______ DATE______

**PROPOSED CHILDREN'S HEALTH STATEMENT**—To the best of my knowledge and belief, none of the children listed above for coverage have been treated for, or diagnosed by a licensed medical professional that they have or had any of the following medical conditions: Hypertension, heart or circulatory disorder, malignancy in any form, diabetes, sickle cell anemia, seizures, Down Syndrome, cystic fibrosis, cerebral palsy, hydrocephalus, paralysis, or hospitalized for asthma or any respiratory disorder in past 12 months. List the names of children that are exceptions to PROPOSED CHILDREN'S HEALTH STATEMENT. ***Children listed as an exception are excluded from the appropriate Child Rider Coverage.*** Exceptions are: ______

**AGREEMENT**—I agree with American-Amicable Life Insurance Company of Texas (the Company) as follows: (1) To the best of my knowledge and belief, all answers and statements contained in this application are true, complete and correctly recorded, and (2) This application and any policy issued on the basis of such application shall form the entire contract, and (3) No change in this contract shall be effected without my written consent with regard to: (a) the amount of insurance; (b) age at issue; (c) classification of risk; (d) plan of insurance; or (e) benefits. If this application is declined by the Company, I will accept the return of any premium paid.

**AUTHORIZATION**—In order to properly classify my application for life insurance, I authorize any and all physicians, medical practitioners, hospitals, clinics, medical or medically-related facilities, health plans, pharmacy benefit managers, pharmacies or pharmacy-related facilities; insurance companies and their business associates and those persons or entities providing services to the insurer's business associates which are related in

5:45

ısuranceapplication.com 12

Read through the app below before signing

SIGNATURE FIRST CERTIFICATION NUMBER

**PREAUTHORIZATION CHECK PLAN – AUTHORIZATION TO HONOR CHARGE DRAWN**

Insured ________ Account Holder ________

Financial Institution Bank of America Address Orlando/FL

Transit/ABA Number 063100277 Account Number 898138944538 [X] Checking [ ] Savings Requested Draft Day (1st-28th) 2W

**ATTACH VOIDED CHECK OR DEPOSIT SLIP**

As a convenience to me, I hereby request and authorize you to pay and charge to my account amounts drawn on my account, whether by electronic or paper means, by and payable to the order of American-Amicable Life Insurance Company of Texas, for the purpose of paying premiums on life insurance policy, provided there are sufficient funds in said account to pay the same upon presentation. I agree that your rights with respect to each such charge shall be the same as if it were signed personally by me. This authorization is to remain in effect until revoked by me in writing and until you actually receive such notice. I agree that you shall be fully protected in honoring any such check. I further agree that if any such check be dishonored, whether with or without cause, and whether intentionally or inadvertently, you shall be under no liability whatsoever even though such dishonor results in the forfeiture of insurance.

________ 7/24/2024 3:44:55 PM

SIGNATURE (AS ON FINANCIAL INSTITUTION RECORDS) DATE

Form No. AA9466-FL(Rev 1/15)

M1976768

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
P.O. BOX 2549, WACO, TX 76702-2549

**CONDITIONAL RECEIPT**

NO COVERAGE WILL BECOME EFFECTIVE PRIOR TO POLICY DELIVERY UNLESS AND UNTIL ALL CONDITIONS OF THIS RECEIPT ARE MET. NO AGENT HAS THE AUTHORITY TO ALTER THE TERMS OR CONDITIONS OF THIS RECEIPT.

ALL PREMIUM CHECKS MUST BE PAYABLE TO THE COMPANY.
DO NOT MAKE CHECK PAYABLE TO THE AGENT OR LEAVE PAYEE BLANK.

Received of Micheal Moore the sum of $________ as first payment on this application.

Date 7/24/2024 3:44:55 PM Agent GREGORY MOISE (e-signed)

If (1) an amount equal to the first full premium is submitted, and if (2) all underwriting requirements, including any medical examinations required by the Company's rules, are completed, and (3) the proposed insured is, on the date of application, a risk acceptable for insurance exactly as applied for without modification of plan, premium rate or amount under the Company's rules and practices, then insurance under the policy applied for shall become effective on the latest of (a) the date of application, or (b) the date of the latest medical exam required by the Company. THE AMOUNT OF LIFE INSURANCE, INCLUDING ANY AMOUNT IN FORCE OR BEING APPLIED FOR, WHICH MAY BECOME EFFECTIVE PRIOR TO THE DELIVERY OF THE POLICY SHALL IN NO EVENT EXCEED $30,000.00 (INCLUDING LIFE INSURANCE AND ACCIDENTAL DEATH BENEFITS).

If any of the above conditions are not met, the liability of the Company shall be limited to the return of any amount paid.

**NOTICE**
**Printed in compliance with Public Law 91-508**

Thank you for considering American-Amicable Life Insurance Company of Texas for your insurance needs. This is to inform you that as part of our procedure for processing your insurance application, an investigative consumer report may be prepared whereby information is obtained through personal interviews with your neighbors, friends, or others with whom you are acquainted. This inquiry includes information as to your character, general reputation and personal characteristics. You have the right to make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation.

**MIB, INC. PRE-NOTICE**

Information regarding your insurability will be treated as confidential. American-Amicable Life Insurance Company of Texas or its reinsurers may, however, make a brief report thereon to the MIB, Inc., formerly known as Medical Information Bureau, a not-for-profit membership organization of life insurance companies, which operates an information exchange on behalf of its members. If you apply to another MIB, Inc. member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, MIB, Inc., upon request, will supply such company with the information about you in its file.

Upon receipt of a request from you, MIB, Inc. will arrange disclosure of any information in your file. If you question the accuracy of information in MIB, Inc.'s file, you may contact MIB, Inc. and seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. The address of MIB, Inc.'s information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.

American-Amicable Life Insurance Company of Texas or its reinsurers may also release information from its file to other insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted. Information for consumers about MIB, Inc. may be obtained on its website at www.mib.com

5:45

ısuranceapplication.com 12

Read through the app below before signing

M001976768

## ADDENDUM

| Agent Number | Agent Name | Agent % of Case |
|---|---|---|
| 0001098677 | GREGORY MOISE | 100 |

e-Sign footprint (all time stamps are in server time, central standard)

| Party | Phone Number | Signature IP | Time Requested | Time Signed | Signature Name | Agent IP |
|---|---|---|---|---|---|---|
| Insured | (336) 901-1506 | | 7/24/2024 3:44:28 PM | | | 185.219.141.119 |

**Drivers License Details**

**Bank Account Verification: Verification Successful**

**Beneficiary Details**

| Primary Name | DOB | SSN | Relationship |
|---|---|---|---|
| Antwan Moore | | | Family Member - Brother |

| Contingent Name | DOB | SSN | Relationship | Percent |
|---|---|---|---|---|

Electronic Policy Contract = No

5:45

ısuranceapplication.com

Read through the app below before signing

M1976768

**American-Amicable Life Insurance Company of Texas**

Please note charge may appear on statement under American-Amicable Group of Companies

P.O. Box 2549 Waco TX 76702-2549

**Bank Draft Authorization - Please Attach a Voided Check.**

The Company indicated above is authorized to initiate debit entries to the account indicated below, and the Bank named below is authorized to debit the same to such account. This authority can be terminated by the undersigned at any time by written notification to the Company, provided only that the Company and the bank will have a reasonable opportunity to act on such notification. By signing below, I authorize the Company indicated above and or their representative to receive information from the banking facility named so my account number and routing number may be verified.

Bank Name: Bank of America

Bank Address: Orlando/FL

Transit/ABA Number: 063100277 Account Type: [X] Checking [ ] Savings

Account Number: 898138944538 Amount $ 59.75

Would you like your draft to coincide with your Social Security payment schedule? [X] Yes [ ] No

Please choose one of the following as your requested draft date (applies to first and future drafts of this account):

[X] Requested Draft Date, If Any (1st-28th) 2W OR [X] 2nd Wednesday [ ] 3rd Wednesday [ ] 4th Wednesday

SIGNATURE (as ON FINANCIAL INSTITUTION RECORDS) Micheal Moore — DATE 7/24/2024 3:44:55 PM

N/A **Bank Account Verification - Complete ONLY in absence of void check.**

I have verified that the above account is a valid account and can be drafted for insurance premiums. I understand that if the information provided is found to be falsified, I may be subject to disciplinary action up to and including termination of my agent contract. This information was verified by a verification call with a bank representative.

Please provide the phone number and name of the person you spoke to at the Bank:

AGENT SIGNATURE / AGENT NUMBER — DATE

By signing below, I authorize the Company indicated above and or one of their representatives to receive information from the banking facility named above so my banking information can be verified.

SIGNATURE (of bank account holder) — DATE

**E-Check Bank Draft Authorization**

**COMPLETE THIS SECTION TO IMMEDIATELY DRAFT PREMIUM**

**Immediately upon receipt of My Application, please draft $** ______ from my account listed above and identified with a void check, deposit slip, bank statement or Bank Account Verification above.

SIGNATURE — DATE

AA9903(3/17)

M1976768

**AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS**

**American-Amicable Life Insurance of Texas (here after referred to as the Company)**

This Authorization complies with the HIPAA Privacy Rules

The Authorization must be fully completed as a condition of obtaining coverage. A refusal to sign this authorization will result in a rejection of your application for the insurance. A copy of this authorization will be considered as valid as the original.

1. I hereby authorize the following person(s) or group of persons to disclose information to the company: Any and all physicians, medical practitioners, hospitals, clinics, medical or medically-related facilities, health plans, pharmacy benefit managers, pharmacies or pharmacy-related facilities; insurance companies and their business associates and those persons or entities providing services to the insurers' business associates which

5:45

ısuranceapplication.com

12

Read through the app below before signing

AA9903(3.17)

M1976768

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

**American-Amicable Life Insurance of Texas (here after referred to as the Company)**

This Authorization complies with the HIPAA Privacy Rules

*The Authorization must be fully completed as a condition of obtaining coverage. A refusal to sign this* authorization will result in a rejection of your application for the insurance. A copy of this authorization will be considered as valid as the original.

1. I hereby authorize the following person(s) or group of persons to disclose information to the company: Any and all physicians, medical practitioners, hospitals, clinics, medical or medically-related facilities, health plans, pharmacy benefit managers, pharmacies or pharmacy-related facilities; insurance companies and their business associates and those persons or entities providing services to the insurers' business associates which are related in any way to their insurance plans.

2. *This authorization specifically includes the release of* ***all medical records*** *including without limitation those* containing information relating to diagnoses, treatments, consultation, care, advice, laboratory or diagnostic tests, physical examinations, recommendations for future care, prescription drug information, alcohol or drug abuse, mental illness or information regarding communicable or infectious conditions, such as HIV and/or AIDS

3. Person(s) or group of persons authorized to receive and use the information: The Company and its business associates and those persons or entities providing services to the Company plans.

4. The information will be used to make enrollment eligibility for benefit determinations, specifically including, but not limited to, underwriting and risk rating determinations. If coverage is issued, such determinations may include determinations *as to whether coverage should be rescinded or reformed if I have made any material omission(s) or misrepresentation(s) in my application.*

5. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information.

6. I understand that I may revoke this authorization in writing at any time, except to the extent that action has been taken in reliance on this authorization or the insurance company exercises a legal right to contest a claim or the policy itself. I may revoke the authorization by sending a written revocation to the Company address of 425 Austin Ave, Waco TX 76701

7. I understand that if I refuse to sign this authorization to release my complete medical records, my application for insurance with the Company will be rejected.

8. This authorization will expire 24 months after the date signed.

Signature of Proposed Insured who is Age 18 and over, Parent (on behalf of a minor) or Legal Representative:

Proposed Insured ______________________ Date 7/24/2024 3:44:55 PM

Spouse (if applicable) ______________________ Date 7/24/2024 3:44:55 PM

Signature of minor's parent or legal guardian ______________________ Date 7/24/2024 3:44:55 PM

AA9526(11/07) 1 Copy – Applicant / 1 Copy – Home Office

M1976768

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
**WACO, TEXAS**

**DISCLOSURE STATEMENT**

**TERMINAL ILLNESS ACCELERATED BENEFIT RIDER**

5:45

ısuranceapplication.com 12

Read through the app below before signing

M1976768

**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**
**WACO, TEXAS**

**DISCLOSURE STATEMENT**

**TERMINAL ILLNESS ACCELERATED BENEFIT RIDER**

TAX IMPLICATIONS. The acceleration-of-life-insurance benefits offered under this Rider may or may not qualify for favorable tax treatment under the Internal Revenue code of 1986. Whether such benefits qualify depends on factors such as your life expectancy at the time benefits are accelerated or whether you use the benefits to pay for necessary long-term care expenses, such as nursing home care. If the acceleration-of-life-insurance benefits qualify for favorable tax treatment, the benefits will be excludable from your income and not subject to federal taxation. Tax laws relating to acceleration-of-life-insurance benefits are complex. You are advised to consult with a qualified tax advisor about circumstances under which you could receive acceleration-of-life-insurance benefits excludable from income under federal law.

ANY MEDICAID OR OTHER GOVERNMENT ENTITLEMENT FOR WHICH YOU ARE ELIGIBLE MAY BE AFFECTED BY PAYMENTS RECEIVED UNDER THIS RIDER.

The Accelerated Benefit Rider attached to your Policy allows you to receive up to 100% of the Death Benefit proceeds of the Policy when the Insured has a medical condition that reasonably can be expected to result in death within 12 months. Upon receipt of proof satisfactory to the Company of the Insured's reduced life expectancy and written consent of any assignee or irrevocable beneficiary we will pay an accelerated benefit. It will be paid in a lump sum. It is payable only once.

The Benefit to be paid will be reduced by an Actuarial Adjustment Factor and an Administrative Charge of $100. We will deduct from the Benefit paid any outstanding indebtedness, but only in proportion to the percentage of Death Benefit paid. We will also return to you a proportionate amount of any premium paid beyond the date any Benefit under this Rider is paid. Payment of the Benefit will reduce the Death Benefit proceeds by the amount of the Benefit paid under the Rider. Any portion remaining after reduction of the death benefit due to payment of any acceleration-of-life-insurance benefit will be paid upon the death of the Insured. The Cash Value, the amount available for loans and the premium, excluding the Policy fee, for the Policy will decrease in proportion to the amount of Benefit paid. Continued payment of the reduced premium is necessary for the Policy to remain in force. If the entire Death Benefit is paid, then the Policy will terminate with no further value.

Form No. AA9474-FL

You are ready to sign! Type your full name in the box

5:45

ısuranceapplication.com

Read through the app below before signing

Form No. AA9474-FL

You are ready to sign! Type your full name in the box provided below, then click the submit button. I acknowledge that my signature below represents signing all signatures in the application package, including all the pages shown above.

Michael Moore

Submit